**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7250**

UNITED STATES OF AMERICA,

　　　　　Plaintiff – Appellee,

　　v.

TONY TAYLOR,

　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  W. Earl Britt, Senior District Judge.  (4:06-cr-00056-BR-1; 4:12-cv-00144-BR)

Submitted:  January 20, 2015　　　Decided:  February 4, 2015

Before KING, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas P. McNamara, Federal Public Defender, G. Alan DuBois, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, Jennifer P. May-Parker, Kristine L. Fritz, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Taylor appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. Taylor's conviction became final in 2008, and he filed his § 2255 motion in 2012. Under our recent decision in <u>Whiteside v. United States</u>, __ F.3d __, 2014 WL 7245453 (4th Cir. Dec. 19, 2014) (en banc), Taylor's § 2255 motion was untimely. We accordingly affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>